IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| iGAMES ENTERTAINMENT, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 04-180-KAJ |
| CHEX SERVICES, INC. and EQUITEX, INC., | : JURY TRIAL DEMANDED |
| Defendants. | : |

**MOTION BY IGAMES ENTERTAINMENT, INC. FOR SUMMARY JUDGMENT
AGAINST CHEX SERVICES, INC. AND EQUITEX, INC.**

Plaintiff iGames Entertainment, Inc., hereby moves the Court, pursuant to Federal Rule of Civil Procedure 56, for summary judgment, and for the reasons set forth more fully in the accompanying brief in support of this Motion, requests that the Court enter judgment in its favor on all claims in their entirety.

DATED:   March 15, 2005

**DUANE MORRIS LLP**

/s/ Thomas P. McGonigle
Thomas P. McGonigle (Del. I.D. No. 3162)
Matt Neiderman (Del. I.D. No. 4018)
1100 North Market Street, 12th Floor
Wilmington, Delaware 19801
302.657.4900

Attorneys for Plaintiff
iGames Entertainment, Inc.

**OF COUNSEL:**
**DUANE MORRIS LLP**
Matthew A. Taylor, Esquire
James L. Beausoleil, Jr., Esquire
One Liberty Place
Philadelphia, Pennsylvania 19103-7396
215.979.1000

WLM\206412.1