IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **iGAMES ENTERTAINMENT, INC.,** | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-180-KAJ |
| **CHEX SERVICES, INC.** and **EQUITEX, INC.,** | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### PLAINTIFF iGAMES ENTERTAINMENT, INC.'S MOTION TO PRECLUDE IN PART THE TESTIMONY OF DEFENDANTS' PROPOSED EXPERT, JOHN THOMAS SHOPA

Plaintiff iGames Entertainment, Inc. ("iGames") hereby moves the Court for an order precluding in part the testimony of Defendants' proposed expert, John Thomas Shopa. As set forth more fully in iGames' accompanying brief, iGames respectfully requests that the Court preclude Mr. Shopa from testifying as to his interpretation of the legal effect of the terms of a Term Loan Note between the parties and in particular, barring him from offering an opinion that iGames was in default of its alleged obligations under the parties' Term Loan Note on March 12, 2004, as set forth in Mr. Shopa's second conclusion in his Report dated January 26, 2005.

2

| | |
|---|---|
| DATED: March 15, 2005 | **DUANE MORRIS LLP** |
| | |
| | /s/ Thomas P. McGonigle |
| | Thomas P. McGonigle (Del. I.D. No. 3162) |
| | Matt Neiderman (Del. I.D. No. 4018) |
| | 1100 North Market Street, 12th Floor |
| **OF COUNSEL:** | Wilmington, Delaware  19801 |
| | 302.657.4900 |
| **DUANE MORRIS LLP** | |
| Matthew A. Taylor, Esquire | |
| James L. Beausoleil, Jr., Esquire | |
| One Liberty Place | |
| Philadelphia, Pennsylvania 19103-7396 | Attorneys for Plaintiff |
| 215.979.1000 | iGames Entertainment, Inc. |

WLM\206408.1