## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2005, I electronically filed "Opening Brief In Support Of Plaintiff iGames Entertainment, Inc.'s Motion To Preclude In Part The Testimony Of Defendants' Proposed Expert, John Thomas Shopa" with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> James W. Semple, Esquire
> James E. Drnec, Esquire
> 222 Delaware Avenue
> P.O. Box 2306
> Wilmington, DE 19899
> Attorneys for Defendants,
> Chex Services, Inc. and
> Equitex, Inc.

/s/ Matt Neiderman (I.D. No. 4018)

WLM\206439.1