**SEALED DOCUMENT**

Case 1:04-cv-00180-KAJ    Document 101-10    Filed 03/15/2005    Page 1 of 1