THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHEX SERVICES, INC., d/b/a FASTFUNDS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IGAMES ENTERTAINMENT, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 04-180-KAJ |

**MOTION BY CHEX SERVICES, INC. AND EQUITEX, INC.
TO EXCLUDE EXPERT TESTIMONY**

Chex Services, Inc. ("Chex") and Equitex, Inc. ("Equitex"), by and through their undersigned counsel of record, hereby move this Court to exclude the following expert reports and corresponding anticipated testimony proffered by iGames Entertainment, Inc. ("iGames"): 1) The "Report on Damages" submitted by Elliot A. Roth dated January 25, 2005, in its entirety; 2) certain portions of Mr. Roth's rebuttal report dated February 11, 2005 addressing the "Note Receivable – Howards"; and 3) the rebuttal report of Mr. R. Alan Miller in its entirety. This motion is based on the accompanying memorandum of law, Affidavit of James E. Drnec, proposed Order, and the entire record and proceedings herein.

OF COUNSEL:

RIDER BENNETT, LLP
Daniel Q. Poretti (MN #185152)
Patrick D. Robben (MN #284166)
Douglas J. Frederick (MN #320699)
33 South Sixth Street, Suite 4900
Minneapolis, MN 55402
DQPoretti@riderlaw.com
(612) 340-8900

MARCH 15, 2005
1239880-1

MORRIS, JAMES, HITCHENS &
WILLIAMS, LLP

_____
James W. Semple (#396)
James E. Drnec (#3789)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
jdrnec@morrisjames.com
(302) 888-6800
Attorneys for Chex Services, Inc.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHEX SERVICES, INC., d/b/a FASTFUNDS,

Plaintiff,

vs.

IGAMES ENTERTAINMENT, INC.,

Defendant.

C.A. No. 04-180-KAJ

**ORDER GRANTING MOTION BY CHEX SERVICES, INC.
AND EQUITEX, INC. TO EXCLUDE EXPERT TESTIMONY**

The above-entitled matter came on for hearing before the undersigned Judge of the above-named Court on _____, 2005, pursuant to Chex Services, Inc. and Equitex, Inc.'s Motion To Exclude Expert Testimony proffered by iGames Entertainment, Inc. Based upon the arguments of counsel, all of the relevant files, records and proceedings herein, and the Court being duly advised in the premises,

**ORDER**

**IT IS HEREBY ORDERED** that Chex and Equitex's motion be, and the same hereby is, **GRANTED** in its entirety.

**IT IS FURTHER ORDERED** that:

1) The "Report on Damages" submitted by Elliot A. Roth dated January 25, 2005, and any testimony related thereto, shall be excluded in its entirety from trial or any other proceeding in this matter.

2) The portions of Mr. Roth's rebuttal report dated February 11, 2005, addressing the "Note Receivable – Howards", and any testimony related thereto, shall be excluded in its entirety from trial or any other proceeding in this matter.

1239881-1

3) The rebuttal report of Mr. R. Alan Miller dated February 11, 2005, and any testimony related thereto, shall be excluded in its entirety from trial or any other proceeding in this matter.

**BY THE COURT:**

Dated: _____, 2005

_____
Judge of the United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2005 I electronically filed MOTION BY CHEX SERVICES, INC. AND EQUITEX, INC. TO EXCLUDE EXPERT TESTIMONY and ORDER GRANTING MOTION BY CHEX SERVICES, INC. AND EQUITEX, INC. TO EXCLUDE EXPERT TESTIMONY which will send notification of such filing(s) to the following:

Thomas P. McGonigle, Esquire
Matt Neiderman, Esquire
Duane Morris, LLP
1100 North Market Street
12th Floor
Wilmington, Delaware 19801

<u>VIA FIRST CLASS MAIL</u>
Matthew A. Taylor, Esquire
James L. Beausoleil, Jr., Esquire
Shannon H. Sutherland, Esquire
Duane Morris, LLP
One Liberty Place
Philadelphia, PA  19103-7396

_____
James E. Drnec (#3789)
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899
(302) 888-6950
jdrnec@morrisjames.com