THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| iGames Entertainment, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Chex Services, Inc. and Equitex, Inc., <br><br> Defendants. | Civil Action No. 04-180-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 17th day of March, 2005, copies of the following document(s) DEFENDANT EQUITEX, INC.'S AMENDED FIRST SET OF SUPPLEMENTAL ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, were served on counsel as indicated:

<u>VIA HAND DELIVERY</u>
Thomas P. McGonigle, Esquire
Matt Neiderman, Esquire
Duane Morris, LLP
1100 North Market Street
12th Floor
Wilmington, Delaware 19801

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
James W. Semple (#396)
James E. Drnec (#3789)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6950
jdrnec@morrisjames.com
Attorneys for Defendants
Chex Services, Inc. and Equitex, Inc.

JED/107955-0001/1092170/1

## CERTIFICATE OF SERVICE

I, JAMES E. DRNEC, hereby certify that on the 17th day of March, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Thomas P. McGonigle, Esquire
>Matt Neiderman, Esquire
>Duane Morris, LLP
>1100 North Market Street
>12th Floor
>Wilmington, Delaware 19801

>James E. Drnec (#3789)
>Morris, James, Hitchens & Williams LLP
>222 Delaware Avenue
>P.O. Box 2306
>Wilmington, DE 19899
>(302) 888-6950
>jdrnec@morrisjames.com
>Attorneys for Defendants
>Chex Services, Inc. and Equitex, Inc.

JED/107955-0001/1097043/1