THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

iGames Entertainment, Inc., )
)
Plaintiff, )
) C.A. No. 04-180-KAJ
vs. )
) **FILED UNDER SEAL**
Chex Services, Inc. and Equitex, Inc. ) **PURSUANT TO CONFIDENTIALITY**
) **AND PROTECTIVE ORDER DATED**
Defendants. ) **8/12/04**
)

### AFFIDAVIT OF JAMES E. DRNEC
### IN SUPPORT OF CHEX SERVICES, INC.'S AND EQUITEX, INC.'S
### MOTION TO EXCLUDE EXPERT TESTIMONY

STATE OF DELAWARE )
) ss.
COUNTY OF New Castle )

James E. Drnec, being first duly sworn upon oath, hereby states and alleges as follows:

1. I am an attorney with Morris James, Hitchens & Williams LLP, and am one of the attorneys representing Equitex, Inc. and Chex Services, Inc. in this matter.

2. Attached as Exhibit A is a true and correct copy of the "Report on Damages" dated January 25, 2006, submitted by Elliot A. Roth.

3. Attached as Exhibit B is a true and correct copy of the "Response to Expert Report of Thomas John Shopa" dated February 10, 2005, submitted by Elliot A. Roth.

4. Attached as Exhibit C is a true and correct copy of the "Rebuttal Report of R. Alan Miller" dated February 11, 2005.

1239882-1

5.  Attached as Exhibit D is a true and correct copy of the Stock Purchase Agreement dated November 3, 2003.

6.  Attached as Exhibit E is a true and correct copy of the "Expert Report of Thomas John Shopa, CPA, CFP In Rebuttal of the January 25, 2005 Report Submitted by Elliott A. Roth, CPA and Lawrence D. Rovin, Esquire" dated February 10, 2005.

7.  Attached as Exhibit F is a true and correct copy of the "Expert Report of Thomas John Shopa, CPA, CFP" dated January 26, 2005.

8.  Attached as Exhibit G is a true and correct copy of the "Expert Report of Gregg A. Jarrell" dated January 26, 2005.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
James E. Drnec

Subscribed and sworn to before me this 15th day of March, 2005.

_____
Notary Public

DONNA B. PETCHEL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2007

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| iGames Entertainment, Inc., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Chex Services, Inc. and Equitex, Inc. )<br>)<br>Defendants. )<br>) | C.A. No. 04-180-KAJ |

**EXHIBITS A – G OF AFFIDAVIT OF JAMES E. DRNEC
IN SUPPORT OF CHEX SERVICES, INC.'S AND EQUITEX INC'S
MOTION TO EXCLUDE EXPERT TESTIMONY**

# REDACTED

## CERTIFICATE OF SERVICE

I, JAMES E. DRNEC, hereby certify that March 21, 2005, I electronically filed: **REDACTED AFFIDAVIT OF JAMES E. DRNEC IN SUPPORT OF CHEX SERVICES, INC.'S AND EQUITEX, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY**, with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Thomas P. McGonigle, Esquire
>Matt Neiderman, Esquire
>Duane Morris, LLP
>1100 North Market Street
>12th Floor
>Wilmington, Delaware 19801

James E. Drnec (#3789)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6950
jdrnec@morrisjames.com
Attorneys for Defendants
Chex Services, Inc. and Equitex, Inc.

JED/107955-0001/1097043/1