IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| iGAMES ENTERTAINMENT, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-180-KAJ |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| CHEX SERVICES, INC. and EQUITEX, INC., ) | FILED UNDER SEAL PURSUANT |
| ) | TO CONFIDENTIALITY AND |
| Defendants. ) | PROTECTIVE ORDER DATED |
| ) | 8/12/04 |

**APPENDIX OF EXHIBITS TO THE OPENING BRIEF IN SUPPORT OF THE MOTION BY IGAMES ENTERTAINMENT, INC. FOR SUMMARY JUDGMENT AGAINST CHEX SERVICES, INC. AND EQUITEX, INC.**

**(REDACTED PUBLIC VERSION)**

DATED:   March 22, 2005

**OF COUNSEL:**
**DUANE MORRIS LLP**
Matthew A. Taylor, Esquire
James L. Beausoleil, Jr., Esquire
One Liberty Place
Philadelphia, Pennsylvania 19103-7396
215.979.1000

**DUANE MORRIS LLP**
Thomas P. McGonigle (Del. I.D. No. 3162)
Matt Neiderman (Del. I.D. No. 4018)
1100 North Market Street, 12th Floor
Wilmington, Delaware  19801
302.657.4900

Attorneys for Plaintiff
iGames Entertainment, Inc.

# TABLE OF CONTENTS

**EXHIBIT** **TAB**

November 3, 2003 Stock Purchase Agreement ...............................................................................A

Excerpts from the September 17, 2004 Deposition of Ijaz Anwar ................................................B

Excerpts from the September 22, 2004 Deposition of Christopher Wolfington............................C

Excerpts from the December 15, 2004 Deposition of Ijaz Anwar.................................................D

Complaint of Equitex, Inc. and Chex Services, Inc., filed in the Superior Court of the State of Delaware on March 23, 2004 ........................................................................................E

September 29, 2003 e-mail and attachments re:  checks written-off by Chex ............................. F

SEC Form 10-Q of Equitex, Inc. for Quarter Ended September 30., 2003 ..................................G

Complaint of Chex Services, Inc. filed in Minnesota state court on January 21, 2004 ................H

Excerpts from the September 21, 2004 Deposition of James Welbourn ....................................... I

Affidavit of James Welbourn filed in Minnesota state court, dated February 3, 2004...................J

Term Loan Note, Dated January 6, 2004......................................................................................K

E-mail and attachments from Ijaz Anwar, dated January 15, 2004 ..............................................L

E-mail from Mark Savage to Henry Fong and Ijaz Anwar, dated January 20, 2004................... M

Historical Prices for Fast Funds Financial Corp. ..........................................................................N

E-mail from Mark Savage to Henry Fong, dated March 5, 2004 .................................................O

E-mail from Ric Landry to Ijaz Anwar, dated March 9, 2004....................................................... P

E-mail from Colin Markey to Ijaz Anwar, dated March 12, 2004 ...............................................Q

SEC From 8-K for Seven Ventures, Inc., dated April 15, 2004 ...................................................R

Whitebox Purchase Agreement, dated March 8, 2004 ................................................................. S

Pandora Purchase Agreement, dated March 8, 2004 ....................................................................T

E-mail from Wayne Mills, dated January 2, 2004........................................................................U

E-mail from Wayne Mills, dated January 11, 2004 ......................................................................V

E-mail from James Welbourn to Ijaz Anwar, dated December 19, 2003....................................W

Whitebox Term Sheet, dated January 9, 2004 ..............................................................................X

Excerpts from the December 2, 2004 Deposition of Henry Fong .................................................Y

Letter to Ijaz Anwar, dated August 18, 2004...............................................................................Z

Excerpts from the December 27, 2004 Deposition of Deanna Moose ........................................AA

Yahoo! Finance Article, dated January 5, 2003......................................................................... BB

Letter to Henry Fong and James Welbourn, dated January 7, 2004 ............................................ CC

WLM\206669.1