## CERTIFICATE OF SERVICE

      I hereby certify that on March 22, 2005, I electronically filed "Appendix Of Exhibits To Opening Brief In Support Of The Motion By iGames Entertainment, Inc. For Summary Judgment Against Chex Services, Inc. And Equitex, Inc. (Redacted Public Version)" with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

    James W. Semple, Esquire
    James E. Drnec, Esquire
    222 Delaware Avenue
    P.O. Box 2306
    Wilmington, DE 19899
    Attorneys for Defendants,
    Chex Services, Inc. and
    Equitex, Inc.

                                                  /s/ Matt Neiderman (I.D. No. 4018)