# SEALED DOCUMENT

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2005 I electronically filed: **SEALED** SECOND AFFIDAVIT OF PATRICK D. ROBBEN, with the Clerk using CM/ECF which will send notification of such filing(s) to the following:

Thomas P. McGonigle, Esquire
Matt Neiderman, Esquire
Duane Morris, LLP
1100 North Market Street
12th Floor
Wilmington, Delaware 19801

_____
James E. Drnec (#3789)
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899
(302) 888-6950
Email: *jdrnec@morrisjames.com*

JED/107955-0001/1007951/1