**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2005, I electronically filed "Plaintiff iGames Entertainment, Inc.'s Answering Brief In Opposition To Chex Services, Inc.'s Motion For Summary Judgment" with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> James W. Semple, Esquire
> James E. Drnec, Esquire
> 222 Delaware Avenue
> P.O. Box 2306
> Wilmington, DE 19899
> Attorneys for Defendants,
> Chex Services, Inc. and
> Equitex, Inc.

/s/ Matt Neiderman (I.D. No. 4018)