## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| iGames Entertainment, Inc., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-180-KAJ |
| ) | |
| vs. ) | |
| ) | |
| Chex Services, Inc. and Equitex, Inc. ) | REDACTED |
| ) | PUBLIC VERSION |
| Defendants. ) | |

## SECOND AFFIDAVIT OF PATRICK D. ROBBEN

STATE OF MINNESOTA    )
                                    ) ss.
COUNTY OF HENNEPIN    )

Patrick D. Robben, being first duly sworn upon oath, hereby states and alleges as follows:

1.    I am an attorney with Rider Bennett, LLP, and am one of the attorneys representing Equitex, Inc. and Chex Services, Inc. in this matter. This affidavit is submitted in support of the opposition by Defendants Equitex, Inc., and Chex Services, Inc. to the motion for summary judgment filed by Plaintiff iGames Entertainment, Inc. This affidavit submits additional materials not previously attached to the *Affidavit of Patrick D. Robben In Support Of Equitex, Inc.'s And Chex Services, Inc.'s Motion For Summary Judgment.*

2.    Attached as Exhibit 1 is a true and correct copy of additional portions of the transcript from the deposition of Deanna Moose, taken on December 27, 2004.

1244930-1

3.     Attached as Exhibit 2 is a true and correct copy of additional portions of the transcript from the deposition of Henry Fong taken on December 2, 2004, and January 7, 2005.

4.     Attached as Exhibit 3 is a true and correct copy of additional portions of the transcript from the deposition of Ijaz Anwar, taken on December 15, 2004.

5.     Attached as Exhibit 4 is a true and correct copy of a financing proposal from Mercantile Capital dated January 6, 2004.

6.     Attached as Exhibit 5 is a true and correct copy of the 8-K filed by Equitex, Inc. with the SEC on April 15, 2004.

7.     Attached as Exhibit 6 is a true and correct copy of the 8-K filed by Equitex, Inc. with the SEC on June 8, 2004.

8.     Attached as Exhibit 7 is a true and correct copy of the Complaint filed in the United States District Court for the Eastern District of Pennsylvania in the matter of *Lake Street Gaming, LLC v. iGames Entertainment, Inc.,* Court File No. 2:04-CV-04965-SP, as available on the Court's PACER website.

9.     Attached as Exhibit 8 is a true and correct copy of a PACER docket report from the United States District Court for the Eastern District of Pennsylvania for the matter of *Lake Street Gaming, LLC v. iGames Entertainment, Inc.,* Court File No. 2:04-CV-04965-SP.

10.    Attached as Exhibit 9 is a true and correct copy of additional portions from the transcript of the deposition of Christopher Wolfington, taken on taken on September 22, 2004, and continued on December 3, 2004.

1244930-1                                         2

11.    Attached as Exhibit 10 is a true and correct copy of the agreement between Money Centers of America and the Tunica-Biloxi tribe dated July 29, 2003.

12.    Attached as Exhibit 11 is a true and correct copy of additional portions from the transcript of the deposition of Ijaz Anwar, taken on September 17, 2004.

13.    Attached hereto as Exhibit 12 is a true and correct copy of iGames' Form 10-QSB for the Fiscal Quarter ended December 31, 2003, which was filed with the Securities and Exchange Commission on or about February 17, 2004.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Patrick D. Robben

Subscribed and sworn to before me
this ____ day of _____, 2005.

_____
Notary Public

MARY E NELSON
Notary Public
Minnesota
My Commission Expires Jan. 31, 2010

## CERTIFICATE OF SERVICE

I, JAMES E. DRNEC, hereby certify that on April 4, 2005 I electronically filed:

**REDACTED PUBLIC VERSION** OF SECOND AFFIDAVIT OF PATRICK D. ROBBEN,

with the Clerk using CM/ECF which will send notification of such filing(s) to the following:

Thomas P. McGonigle, Esquire
Matt Neiderman, Esquire
Duane Morris, LLP
1100 North Market Street
12th Floor
Wilmington, Delaware 19801

James E. Drnec (#3789)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6950
Email: *jdrnec@morrisjames.com*

JED/107955-0001/1007951/1