IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| iGAMES ENTERTAINMENT, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-180-KAJ |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| CHEX SERVICES, INC. and EQUITEX, INC., ) | |
| ) | |
| Defendants. ) | |

**APPENDIX OF EXHIBITS TO IGAMES' ANSWERING BRIEF IN OPPOSITION TO THE MOTION BY CHEX SERVICES, INC. FOR SUMMARY JUDGMENT**

**(REDACTED PUBLIC VERSION)**

DATED:   April 4, 2005

**OF COUNSEL:**
**DUANE MORRIS LLP**
Matthew A. Taylor, Esquire
James L. Beausoleil, Jr., Esquire
One Liberty Place
Philadelphia, Pennsylvania 19103-7396
215.979.1000

**DUANE MORRIS LLP**
Thomas P. McGonigle (Del. I.D. No. 3162)
Matt Neiderman (Del. I.D. No. 4018)
1100 North Market Street, 12th Floor
Wilmington, Delaware  19801
302.657.4900

Attorneys for Plaintiff
iGames Entertainment, Inc.

# TABLE OF CONTENTS

**EXHIBIT**                                                                               **TAB**

November 3, 2003 Stock Purchase Agreement ..........................................................................A

Excerpts from the September 17, 2004 Deposition of Ijaz Anwar ................................................B

Term Loan Note, Dated January 6, 2004 ........................................................................................C

March 5, 2004 e-mail and attachments from David Dean to Lawrence Rovin ............................D

March 12, 2004 Termination Letter..................................................................................................E

E-mail and attachments from Ijaz Anwar, dated January 15, 2004 ................................................F

E-mail from Mark Savage to Henry Fong and Ijaz Anwar, dated January 20, 2004.....................G

Historical Prices for Fast Funds Financial Corp............................................................................H

E-mail from Mark Savage to Henry Fong, dated March 5, 2004 ................................................... I

E-mail from Ric Landry to Ijaz Anwar, dated March 9, 2004.........................................................J

E-mail from Colin Markey to Ijaz Anwar, dated March 12, 2004 .................................................K

SEC From 8-K for Seven Ventures, Inc., dated April 15, 2004 ...................................................... L

Whitebox Purchase Agreement, dated March 8, 2004 ..................................................................M

Pandora Security Agreement, dated March 8, 2004 ......................................................................N

Whitebox Term Sheet, dated January 9, 2004 ................................................................................O

Excerpts from the December 2, 2004 Deposition of Henry Fong ................................................. P

E-mail from Wayne Mills, dated January 2, 2004..........................................................................Q

E-mail from Wayne Mills, dated January 11, 2004 .......................................................................R

E-mail from James Welbourn to Ijaz Anwar, dated December 19, 2003 ...................................... S

Excerpts from the September 21, 2004 Deposition of James Welbourn ....................................... T

Excerpts from the September 22, 2004 Deposition of Christopher Wolfington............................U

Equitex, Inc. Press Release dated January 8, 2004 .......................................................................V

E-mail from Lawrence Rovin to David Dean dated March 9, 2004.............................................W