## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2005, I filed the "Appendix Of Exhibits To iGames' Answering Brief In Opposition To The Motion By Chex Services, Inc. For Summary Judgment (Redacted Public Version)" with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> James W. Semple, Esquire
> James E. Drnec, Esquire
> 222 Delaware Avenue
> P.O. Box 2306
> Wilmington, DE 19899
> Attorneys for Defendants,
> Chex Services, Inc. and
> Equitex, Inc.

                                                              /s/ Matt Neiderman (I.D. No. 4018)