# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| iGAMES ENTERTAINMENT, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-180-KAJ |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| CHEX SERVICES, INC. and EQUITEX, INC., ) | |
| ) | |
| Defendants. ) | |

**APPENDIX OF EXHIBITS TO IGAMES' ANSWERING BRIEF
IN OPPOSITION TO THE MOTION BY CHEX SERVICES, INC.
AND EQUITEX, INC. FOR SUMMARY JUDGMENT**

(**REDACTED PUBLIC VERSION**)

DATED:   April 4, 2005

**OF COUNSEL:**
**DUANE MORRIS LLP**
Matthew A. Taylor, Esquire
James L. Beausoleil, Jr., Esquire
One Liberty Place
Philadelphia, Pennsylvania 19103-7396
215.979.1000

**DUANE MORRIS LLP**
Thomas P. McGonigle (Del. I.D. No. 3162)
Matt Neiderman (Del. I.D. No. 4018)
1100 North Market Street, 12th Floor
Wilmington, Delaware  19801
302.657.4900

Attorneys for Plaintiff
iGames Entertainment, Inc.

# TABLE OF CONTENTS

**EXHIBIT** — **TAB**

November 3, 2003 Stock Purchase Agreement ...............................................................................A

Excerpts from the September 17, 2004 Deposition of Ijaz Anwar .................................................B

Excerpts from the September 22, 2004 Deposition of Christopher Wolfington.............................C

Delaware State Complaint ..............................................................................................................D

E-mail from Ijaz Anwar dated September 29, 2003 ....................................................................... E

Equitex, Inc. SEC Form 10-Q for Quarter Ended September 30, 2003.......................................... F

Minnesota State Second Amended Complaint ...............................................................................G

Excerpts from the September 21, 2004 Deposition of James Welbourn ........................................H

Supplemental Affidavit of James Welbourn.....................................................................................I

January 5, 2004 Press Release ........................................................................................................ J

January 7, 2004 Letter from Klehr, Harrison...................................................................................K

Term Loan Note, Dated January 6, 2004........................................................................................ L

March 5, 2004 e-mail and attachments from David Dean to Lawrence Rovin ............................. M

E-mail and attachments from Ijaz Anwar, dated January 15, 2004 ................................................N

E-mail from Mark Savage to Henry Fong and Ijaz Anwar, dated January 20, 2004......................O

Historical Prices for Fast Funds Financial Corp. ........................................................................... P

E-mail from Mark Savage to Henry Fong, dated March 5, 2004 ...................................................Q

E-mail from Ric Landry to Ijaz Anwar, dated March 9, 2004.........................................................R

E-mail from Colin Markey to Ijaz Anwar, dated March 12, 2004 ................................................. S

SEC From 8-K for Seven Ventures, Inc., dated April 15, 2004 ..................................................... T

Whitebox Purchase Agreement, dated March 8, 2004 ...................................................................U

Pandora Security Agreement, dated March 8, 2004 ......................................................................V

E-mail from Wayne Mills, dated January 2, 2004 ........................................................................ W

January 9, 2004 E-mail regarding the Whitebox Purchase Agreement ......................................... X

E-mail from James Welbourn to Ijaz Anwar, dated December 19, 2003 ....................................... Y

Whitebox Term Sheet, dated January 9, 2004 ............................................................................... Z

Excerpts from the December 2, 2004 Deposition of Henry Fong ............................................... AA

SPA, Disclosure Schedules .......................................................................................................... BB

Excerpts from the December 10, 2004 Deposition of Jeremy Stein ........................................... CC

WLM\207120.1