IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| iGAMES ENTERTAINMENT, INC., | : |
| Plaintiff, | : C.A. No. 04-180 (KAJ) |
| v. | : |
| CHEX SERVICES, INC. and EQUITEX, INC., | : |
| | : JURY TRIAL DEMANDED |
| Defendants. | : |

# Appendix of Exhibits To iGames's Opposition To The Motion By Chex's And Equitex For Summary Judgment

# Exhibit W

Ijaz Anwar

| | |
|---|---|
| From: | Wayne Mills [blakecap@hotmail.com] |
| Sent: | Friday, January 02, 2004 2:34 PM |
| To: | JRobbins@MANDKlaw.com; rfrommelt@felhaber.com |
| Cc: | gkohler@whiteboxadvisors.com; ianwar@chexff.com; hfong@equitex.net; jwelbourn@chexff.com |
| Subject: | Tuesday Pandora/EQTX meeting |

Gentlemen,
Please confirm your availability to meet Tuesday 1pm. We will start the process of creating the documents required for Pandora to lend $5M to Equitex.
This is another very unique transaction that we have worked on over the last 45 days. Both parties now want to get it closed.
We can meet at any location convenient-my office or Whitebox.
Confirm your availability, I will confirm the location.
Thank you,
Wayne

Take advantage of our limited-time introductory offer for dial-up Internet access. http://join.msn.com/?page=dept/dialup



1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| iGAMES ENTERTAINMENT, INC., | : |
| Plaintiff, | : C.A. No. 04-180 (KAJ) |
| v. | : |
| CHEX SERVICES, INC. and EQUITEX, INC., | : |
| | : JURY TRIAL DEMANDED |
| Defendants. | : |

# Appendix of Exhibits To iGames's Opposition To The Motion By Chex's And Equitex For Summary Judgment

# Exhibit X

**Ijaz Anwar**

| | |
|---|---|
| **From:** | Wayne Mills [blakecap@hotmail.com] |
| **Sent:** | Sunday, January 11, 2004 10:59 PM |
| **To:** | ianwar@chexff.com; jwelbourn@chexff.com |
| **Cc:** | hfong@equitex.net |
| **Subject:** | RE: EQTX-Whitebox Drafting Meeting |

Ijaz,
I didn't expect to be successful at putting everyone in one room in such a
short notice. I have Gary Kohler now committed to moving the process
forward. Whitebox might also have a conflict at that time.
It will be fine for me to attend with just both lawyers. I am confident I
can represent the terms and the intent of our agreement accurately, making
clear the importance of certain issues to Chex.

I want to start these attorneys drafting-Jim and you will be involved in
every issue and draft and Roger Frommelt will represent you. He is very
aggressive at protecting the company's concerns, especially a public
company.
You guys focus on the business, I will handle the early work with the
lawyers. I will get to you immediately as issues or questions arise.

Wayne Mills


>From: ianwar@chexff.com
>To: "Wayne Mills" <blakecap@hotmail.com>
>CC: jwelbourn@chexff.com, hfong@equitex.net, bclegg@riderlaw.com
>Subject: RE: EQTX-Whitebox Drafting Meeting
>Date: Sun, 11 Jan 2004 19:44:07 -0600
>
>Wayne,
>Unfortunately, I will be unable to attend a meeting on Monday, either at
>1:30 p.m. or at any other time. My day is fully booked, and compounding
>that, Jim is also out of the office. As we are unable to send a
>representative
>from Chex to the drafting meeting, we would appreciate a copy of the
>initial
>draft and minutes of the meeting once you have those prepared.  Please
>email
>both documents to my attention, and I will then have our representatives
>and attorneys review them, and we will get back to you with our comments
>and/or concerns.
>Thanks in advance, we look forward to hearing from you.
>Ijaz
>
> >-- Original Message --
> >From: "Wayne Mills" <blakecap@hotmail.com>
> >To: JRobbins@MANDKlaw.com, rfrommelt@felhaber.com
> >Cc: jwelbourn@chexff.com, smalloy@whiteboxadvisors.com,
>gkohler@whiteboxadvisors.com,
> >ianwar@chexff.com
> >Subject: EQTX-Whitebox Drafting Meeting
> >Date: Fri, 09 Jan 2004 19:40:13 -0600
> >
> >
> >Gentlemen,
> >Whitebox has signed a term sheet to invest in Equitex (EQTX) and we would
> >
> >like to meet Monday @ 1:30pm.
> >Jeff, it would be great to meet at the Messerli & Kramer office.
> >We have refined the terms over the last 30 days to everyones

EXHIBIT
iGames-41
SAM GOLDFARB
12/2/04

CX/EX02204

1

```
> >satisfaction-now it is time for the LAWYERS to go to work!
> >Please try to make this schedule work.
> >Thank you,
> >Wayne
> >
> >_____
> >Rethink your business approach for the new year with the helpful tips
>here.
> >
> >http://special.msn.com/bcentral/prep04.armx
> >
>
>


_____
High-speed users—be more efficient online with the new MSN Premium Internet
Software. http://join.msn.com/?pgmarket=en-us&page=byoa/prem&ST=1
```

2

CX/EX02205

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **iGAMES ENTERTAINMENT, INC.,** | : |
| Plaintiff, | : C.A. No. 04-180 (KAJ) |
| v. | : |
| **CHEX SERVICES, INC.** and **EQUITEX, INC.,** | : JURY TRIAL DEMANDED |
| Defendants. | : |

## Appendix of Exhibits To iGames's Opposition To The Motion By Chex's And Equitex For Summary Judgment

# Exhibit Y

Ijaz Anwar

**From:** Jim Welbourn [jwelbourn@chexff.com]
**Sent:** Friday, December 19, 2003 10:47 AM
**To:** Ijaz Anwar
**Subject:** FW: EQTX-PANDORA CHANGES



DEC19 EQTX PAND
CHANGES.doc

```
-----Original Message-----
From: Wayne Mills [mailto:blakecap@hotmail.com]
Sent: Friday, December 19, 2003 1:53 AM
To: jwelbourn@chexff.com
Subject: EQTX-PANDORA CHANGES


Jim,
Here is some language I put together that tries to cover what we discussed
today.
Take a look and let me know in the am.
wayne
ps-Jamaica=big, biG, bIG, BIG!!!

_____
Have fun customizing MSN Messenger — learn how here!
http://www.msnmessenger-download.com/tracking/reach_customize
```



CX/EX02211

1

**12/19/2003**
**EQUITEX DIVIDEND OF IGAM SHARES.**

EQTX WILL RESERVE THE NUMBER OF SHARES OF IGAM THAT WOULD BE DUE PANDORA IF THE OUTSTANDING BALANCE OF THE NOTE ON THE X DIVIDEND DATE WERE CONVERTED TO EQTX AT THE CONVERSION PRICE OF $1.50.

THESE IGAM SHARES WILL BE PLACED IN SEGRAGATED COLLATERAL ACCOUNT AS SPECIFIC COLLATERAL FOR PANDORA.
PANDORA WILL SELL THE IGAM SHARES AT THE **MINIMUM RATE OF 3% OF THE AVERAGE DAILY VOLUME.**

AT THE 1 YEAR ANNIVERSARY OF THE DIVIDEND, PANDORA WILL ESTABLISH A VALUE OF ITS REMAINING IGAM SHARES BASED ON THE AVERAGE CLOSING BID PRICE FOR THE 30 DAYS BEFORE AND THE 30 DAYS AFTER THE ANNIVERSARY DATE.
ON THE 13TH MONTH, PANDORA WILL APPLY THE VALUE OF THE SHARES, LESS A 15% DISCOUNT, AGAINST THE OUTSTANDING NOTE.
IF THE VALUE OF THE SHARES AT THE 15% DISCOUNT EXCEEDS THE VALUE OF THE NOTE, THE EXCESS SHARES WILL BE RETURNED TO EQTX.

EQTX, IGAM OR ITS AFFILIATTES SHALL HAVE THE RIGHT TO REPURCHASE ANY OR ALL OF THE IGAM SHARES AT ANY TIME WITH 100% OF THE PROCEEDS GOING TO OFFSET THE NOTE.

12/19/2003
**EQUITEX PANDORA STRUCTURE SUGGESTIONS**

**THE IGAM DIVIDEND SHARES:**
1) TREAT THE IGAM DIVIDEND AS COLLATERAL THAT WILL BE RETURNED TO EQTX OR PURCHASED BY IGAM SO AS NOT TO DILLUTE THE EQTX COMMON SHAREHOLDERS.
2) STRUCTURE THE IGAM COLLATERAL SO THAT PANDORA WILL MAKE A 15% SPREAD IF REQUIRED TO TAKE OWNERSHIP OF THE STOCK.
3) IF AT ANYTIME THE PROCEEDS FROM THE EQTX PAYMENTS AND THE VALUE OF THE IGAM SHARES EXCEED THE BALANCE OF THE NOTE, *(how to calculate IGAM value??)* THE EXCESS IGAM SHARES WILL BE RETURNED TO EQUITEX.

**THE FASTFUNDS NOTE TO EQTX:**
1) EQUITEX WOULD LIKE TO LOAN THE FINANCING PROCEEDS TO FASTFUNDS AT 7% OR LESS.
2) PANDORA WILL HAVE AS COLLATERAL:
   *SENIOR POSITION
   *THE FASTFUNDS *SENIOR* NOTE TO EQTX.
   *THE IGAM DIVIDEND SHARES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **iGAMES ENTERTAINMENT, INC.,** | : |
| Plaintiff, | : C.A. No. 04-180 (KAJ) |
| v. | : |
| **CHEX SERVICES, INC.** and **EQUITEX, INC.,** | : |
| | : JURY TRIAL DEMANDED |
| Defendants. | : |

# Appendix of Exhibits To iGames's Opposition To The Motion By Chex's And Equitex For Summary Judgment

# Exhibit Z

JAN-12-2004 12:39    RIDER BENNETT           612 340 7900    P.02/05
Jan 12 04 12:32p    pam              952-417-1996    p.2
01/09/2004 19:59   5615240885        FONG HOLLANDER           PAGE 01

EXHIBIT
129
12/15/04 TLO

Friday Jan 9, 2004

*Term Sheet*

**Equitex/Whitebox Term Sheet Prepared For:**

Gary Kohler, Scott Malloy
Whitebox Advisors

Jim Welbourne
President
Chex Services

Henry Fong
President
Equitex Incorporated

**Purchaser:**
Pandora Select Partners LP and/or Whitebox Hedged High Yield Ltd.

**Note:**
$5,000,000 7% Convertible Note, 45 month term.

**Security:**

**IGAM Dividend Shares-**
Pandora will receive any dividend shares as if the entire note was converted into Equitex at $1.35/sh.
These shares will be placed into a collateral account and can be sold at the discretion of Pandora. 85% of any proceeds from the sale of these shares will apply as principal payments

CX/EX02345

JAN-12-2004 12:39     RIDER BENNETT              612 340 7900    P.03/05
Jan 12 04 12:32p    pam              952-417-1996           p.3
01/09/2004 19:59  5616240885      FONG HOLLANDER           PAGE 02

against the note only after Equitex has paid the monthly P&I payment.
Upon repayment of the Note the remaining IGAM shares will be returned to Equitex.

### Chex Services Note-

The Pandora note will be senior to all other debt in Equitex and Chex Services. It is understood that approximately $1,000,000 of loan proceeds will be used to pay any bank debt senior to Pandora. Equitex will loan the proceeds to its subsidiary, Chex Services and receive a note back that will serve as collateral for Pandora.
The terms of the note will be identical to the terms of the Pandora note except the interest rate will be less.
In the case of default, the interest rate on the Chex Services note held as collateral by Pandora will increase to 10%.
The note is convertible into Equitex common stock at $1.35 per share. The investor can not purchase shares, convert into shares or exercise warrants if doing so will cause the investor to own more than 4.99% of Equitex.

### Note Repayment:

Equitex will pay interest only payments for months 1-3.
Beginning month 4, the principal & interest payments will amortize the entire $5,000,000 over the next 42 months

### Monthly Payment Options:

Equitex will have the right to make any monthly payments in registered common stock.
Pricing of the common will be equal to 85% of the average bid price for the 20 trading days prior to payment due date.
The maximum number of shares that can be delivered as payment will equal 10% of the average monthly trading volume for the prior month. In addition Equitex will have the right to issue additional shares, to a maximum value of $100,000, as payment to be applied

CX/EX02346

JAN-12-2004 12:39   RIDER BENNETT           612 340 7900    P.04/05
Jan 12 04 12:32p    pam                     952-417-1996          p.4
01/09/2004 19:59    5616240885    FONG HOLLANDER          PAGE 03

to principal. The total shares that can be issued by Equitex can not exceed 10% of the prior month's volume.

**Warrants:**
Pandora will receive 800,000 warrants, exercisable at $1.60 for 5 years.
The warrants will have a cashless exercise provision and will not be callable.

**Adjustment For Dividend:**
Note: In the case of any spin-off or dividend from Equitex, Pandora will receive as collateral their pro-rata shares as if the remaining principal balance of the Note was fully converted into common stock at $1.35 per share.
Any dividend shares received by Pandora will be segregated into a collateral account and the shares can be liquidated at the discretion of Equitex.
At the end of each quarter following the dividend, Pandora will account for any shares sold and apply 85% of the proceeds to payment of the outstanding principal. These dividend shares can only be used to pay additional payments after Equitex has paid the required monthly P&I payment.

**Warrants:** In the case of a dividend or spin-off, the exercise of the warrants will be adjusted.
The "new" exercise price will equal the average closing bid price of Equitex for the 60 days following the dividend.

**Origination Fee:**
Whitebox will receive a 3% origination fee, paid at closing.

**Legal Fees:**
The Whitebox legal fees related to this transaction will be paid by Equitex at closing, not to exceed $15,000.

CX/EX02347

JAN-12-2004 12:39   RIDER BENNETT                           612 340 7900   P.05/05
Jan 12 04 12:32p   pam                           952-417-1996        p.5
01/09/2004 19:59   5616240885         FONG HOLLANDER              PAGE 04

01/09/2004 16:19   6122536151                                      PAGE 01/01

**Registration Statement:**
The company must file a registration statement with the SEC, covering all underlying shares of the conversion, warrants and shares used to make any monthly payments. The company will have 180 days to have the reg. statement declared effective.
If it is not effective on the 191st day, Pandora will have the right to call the loan but will in all cases keep the warrants.

Prepared by:
Wayne W. Mills
Blake Advisors LLC

This is a memorandum of the terms agreed to by both parties on this day of January____, 2004.
This is non-binding to either party. Drafting of the definitive agreement will begin the week of January 12, 2004.

_____          _____/s/_____
Equitex Inc                      Pandora / Whitebox

CX/EX02348

TOTAL P.05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| iGAMES ENTERTAINMENT, INC., | : |
| Plaintiff, | : C.A. No. 04-180 (KAJ) |
| v. | : |
| CHEX SERVICES, INC. and EQUITEX, INC., | : |
| | : JURY TRIAL DEMANDED |
| Defendants. | : |

# Appendix of Exhibits To iGames's Opposition To The Motion By Chex's And Equitex For Summary Judgment

# Exhibit AA

28

```
                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF DELAWARE

                                * * *


iGAMES ENTERTAINMENT, INC.,       :  C.A. NO. 04-180-KAJ
            Plaintiff,            :
        vs.                       :
CHEX SERVICES, INC. and           :
EQUITEX, INC.,                    :
            Defendants.           :
----------------------------------x
EQUITEX, INC. and CHEX            :  C.A. NO. 04-256-KAJ
SERVICES, INC. d/b/a              :
FASTFUNDS,                        :
            Plaintiffs,           :
        vs.                       :
iGAMES ENTERTAINMENT, INC.,       :
            Defendant.            :
----------------------------------x
CHEX SERVICES, INC. d/b/a         :  C.A. NO. 04-885-KAJ
FASTFUNDS,                        :
            Plaintiff,            :
        vs.                       :
iGAMES ENTERTAINMENT, INC.,       :
            Defendant.            :

                                * * *

                    Thursday, December 2, 2004

                                * * *

                         ORAL DEPOSITION

                                OF

                           HENRY FONG

                                * * *


                   ESQUIRE DEPOSITION SERVICES
                  1880 John F. Kennedy Boulevard
                            15th Floor
                  Philadelphia, Pennsylvania  19103
                           215.988.9191
```

Page 110

1  Because I think that at that time, the
2  note being fully collateralized and not being bare
3  with no promissory note and no collateral, lends a
4  lot of credence to the fact that the note is fully
5  secured.
6    Q.  Isn't it true that I believe the
7  people's name was the Howards, correct?
8    A.  Yes.
9    Q.  Isn't it true that they were in default
10 of the note by October 15th?
11   A.  Yes.
12   Q.  Did anyone tell Chris that they were in
13 default of the note?
14   A.  I don't know whether that was part of
15 the schedules or the conversations that happened.
16 I'm not aware of what he was told, what he wasn't
17 told.
18   Q.  You didn't tell him?
19   A.  No. The point I'd like to make is, I
20 believe this was fully disclosed.
21   Q.  And is it your testimony it was
22 disclosed by your public filings?
23   A.  As well as the schedules themselves.
24   Q.  The schedules that you believe were

Page 111

1  given to Mr. Wolfington?
2    A.  Yes.
3    Q.  When were those schedules given to him,
4  do you know? It was after the signing of the stock
5  purchase agreement, correct?
6    A.  Yes.
7    Q.  Do you know why they weren't given to
8  him before the stock purchase agreement was entered
9  into?
10   A.  We were -- schedules are always the
11 laborious part of a stock purchase agreement or
12 acquisition. Schedules go on sometimes for months
13 and months and months.
14      The way, typically, a lot of these
15 transactions are set up, you have a right to look
16 at the schedules and reject them or accept them
17 after a period of time.
18      So, frequently, schedules take a long
19 period of time to prepare. Some of them are
20 onerous. Some of them are long and . . .
21   Q.  Whose idea, for lack of a better word,
22 was it to have these customers, the Howards,
23 execute a note for the amount due, which Chex then
24 reflected on its balance sheet as a note receivable

Page 112

1  in the full amount, without any reserve?
2    A.  I don't know it was any particular
3  person's idea. I think it was an outgrowth of
4  collectibility and attempt to collect the note in
5  what would be the best way of doing this.
6      In the process, we said the amounts were
7  so large, let's get a promissory note. This is not
8  a bounced hundred dollar check.
9    Q.  I understand.
10   A.  And the parties are willing to refinance
11 their real estate. They're prepared to pay. And,
12 hence, the process began.
13   Q.  Well, would you agree that this
14 acceptance of the note, at least as far as the
15 business of Chex Services, this acceptance of the
16 note for these bad checks was a transaction outside
17 of the ordinary course of Chex's business?
18      MR. PORETTI:  Objection. Calls for a
19   legal conclusion.
20 BY MR. TAYLOR:
21   Q.  You can answer it.
22   A.  No.
23   Q.  You believe that it was within the
24 ordinary course of business to accept a

Page 113

1  $600,000-plus note for bad checks?
2    A.  Yes.
3    Q.  Had it ever been done before?
4    A.  No.
5    Q.  Anything even remotely close to that
6  been done before?
7    A.  Not to my knowledge.
8    Q.  What was ordinary about it, in your
9  mind?
10   A.  That it was a transaction in which
11 customers cash checks. It was a transaction
12 whereby checks were returned. And the dollar
13 amount was typically larger than most.
14      But the way it was handled in terms of a
15 promissory note and ultimately a securitization of
16 that note, in my view, did not make it an
17 out-of-the-ordinary transaction.
18   Q.  Well, would you agree that the
19 acceptance of this note constituted a loan to a
20 person or an individual in excess of $10,000?
21      MR. PORETTI:  Objection. Calls for a
22   legal conclusion.
23   A.  I don't know the answer to that one.
24 BY MR. TAYLOR:

**Page 122**

1   And they were -- they in for -- on a fee
2   basis. They had several transactions. They had
3   worked with Cash Systems. They had offered us the
4   opportunity to work on some of the agreements that
5   Cash Systems could reach agreement on.
6       And in the January meeting, we mentioned
7   to Mr. Wolfington that there's a group called
8   Maroon Bells that can bring us some of these more
9   traditional casino contracts.
10      Q. And what was Mr. Wolfington's reaction
11  to that?
12      A. That there was no reaction. There was
13  no comment, as I recall.
14      Q. Well, as it was structured, the Whitebox
15  deal, Maroon Bells has some oversight role in
16  connection with that transaction, correct?
17      A. I don't understand the question, sir.
18      Q. Well, you tell me in your own words,
19  what's Maroon Bells' role in connection with the
20  Whitebox financing? What was it?
21      A. No.
22      Q. You have since struck some sort of a
23  deal with Maroon Bells, correct?
24      A. Yes.

**Page 123**

1       Q. And what is that?
2       A. A merchant banking advisory agreement to
3   bring us business and acquisitions.
4       Q. Was that entered into after the closing
5   on the Whitebox financing or at the same time?
6       A. Somewhere around the time frame. It all
7   happened sometime in the -- probably subsequent.
8       Q. So backing up a little bit. When did
9   you first get involved with Maroon Bells?
10      A. We received some information and some --
11  they had contacted us sometime around, I want to
12  say, January, February time frame regarding
13  potential contractual opportunities.
14      Q. '03? Sometime in 2003?
15      A. 2004, the early part of this year.
16      Q. Who introduced you to Maroon Bells?
17      A. There's a gentleman that was -- that did
18  a lot of work with Maroon Bells. And he was the
19  gentleman that did the reverse merger for Craig
20  Potts and Cash Systems. Mark Savage, Corporate
21  Capital Management.
22      Q. Let's look at some documents.
23          MR. PORETTI: Is this a good time for a
24  break?

**Page 124**

1           MR. TAYLOR: Sure.
2                * * *
3       (Whereupon, a recess was taken from
4   2:50 p.m. to 3:02 p.m.)
5                * * *
6           MR. TAYLOR: Let's go back on the
7   record.
8   BY MR. TAYLOR:
9       Q. From your perspective, what were the
10  benefits of going forward with the stock purchase
11  agreement as opposed to pursuing the Cash Systems
12  deal?
13      A. Well, the Cash Systems deal had a lot of
14  issues that the iGames transaction didn't have.
15      I think primary in that, the iGames deal
16  had a floor price. There was some concern about
17  the volatile nature of iGames stock. We thought
18  that -- our opinion was that the $63 million
19  obviated that.
20      Then in the Cash Systems deal, the
21  noteholders had signed a petition saying that if we
22  move forward with the Cash Systems deal, they would
23  be more inclined to call their notes.
24      Q. Who was the largest proponent of going

**Page 125**

1   forward with the deal of iGames/Money Centers and
2   in lieu of the deal with Cash Systems, within your
3   organizations?
4       A. I believe collectively we all had -- had
5   great enthusiasm.
6           MR. TAYLOR: Let's mark this with the
7   next number.
8                * * *
9       (Whereupon, the court reporter marked
10  for identification iGames Exhibit Number 39.)
11               * * *
12  BY MR. TAYLOR:
13      Q. Sir, you have been handed iGames Number
14  39 with today's date. It's a spreadsheet, three
15  pages with columns. And the heading is, "iGames
16  Proposal, Management Perspective."
17      A. Uh-hum.
18      Q. I want to know, do you recognize this
19  document?
20      A. I recall seeing this.
21      Q. Did you have any part of preparing this?
22      A. No.
23      Q. Do you know who did?
24      A. It was prepared within Chex Services.