# EXHIBIT A

FOCUS - 6 of 6 DOCUMENTS

Copyright 2004 Business Wire, Inc.
Business Wire

January 8, 2004 Thursday
Correction Appended

**DISTRIBUTION:** Business Editors

**LENGTH:** 727 words

**HEADLINE:** Equitex Subisidiary Chex Services to Receive 50% Participation Interest in Available Money, Inc.

**DATELINE:** ENGLEWOOD, Colo. & PALM BEACH GARDENS, Fla., Jan. 8, 2004

**BODY:**

The release was issued in error. Please replace the release with the following corrected version.

The corrected release reads:

EQUITEX SUBISIDIARY CHEX SERVICES TO RECEIVE 50% PARTICIPATION INTEREST IN AVAILABLE MONEY, INC.

Equitex, Inc. (NASDAQ: EQTX) announced today that its wholly owned subsidiary, Chex Services, Inc., has provided financing assistance for closing on iGames Entertainment, Inc.'s acquisition of Available Money, Inc. announced today. This financing was provided in the spirit of the pending acquisition of Chex Services by iGames as previously announced. Under the terms of the financing, Chex Services, Inc. provided $2,000,000 in cash at closing, and agreed to provide an additional $2,000,000 in 60 days to fund the second installment of the purchase price. The terms of the financing will provide Chex Services, Inc. with a 50% participation in Available Money's revenues and income for not less than 90 days subject to certain extensions, and a 50% participation in Available Money's income until the financing is repaid.

Available Money, Inc. of Los Angeles, California, generates over $10 million in annual revenue through cash access services in 18 locations, 15 of which are traditional casino operations. Available Money provides a majority of its services through ATM transactions and processed approximately 5.8 million transactions at 103 ATM machines in 2003.

"We are pleased to assist iGames Entertainment with their acquisition of Available Money and are confident this strategic acquisition will open new avenues for both Chex Services and iGames," stated Chex Services President, Jim Welbourn. "We are here to assist iGames and Available Money in any way we can and are certain this transaction will strengthen the position of both companies as we move toward the timely closure of the Chex - iGames transaction."

Equitex, Inc. is a holding company operating through its wholly owned subsidiary Chex Services of Minnetonka, Minnesota, as well as its majority owned subsidiary Denaris Corporation. Chex Services provides comprehensive cash access services to casinos and other gaming facilities. Denaris was formed to provide stored value card services.

The statements included in this press release concerning predictions of economic performance and management's plans and objectives constitute forward- looking statements made pursuant to the safe harbor provisions of Section 21E of the Securities Exchange Act of 1934, as amended, and Section 27A of the Securities Act of 1933, as amended. These statements involve risks and uncertainties that could cause actual results to differ materially from the forward-looking statements. Factors which could cause or contribute to such differences include, but are not limited to, factors detailed in Equitex's Securities and Exchange Commission filings; completion of due diligence, shareholder approval, regulatory

Business Wire January 8, 2004 ThursdayCorrection Appended

approvals and certain other pre-closing conditions for all incomplete merger or acquisition transactions; economic downturns affecting the operations of Equitex its subsidiaries or companies proposed for merger or acquisition; the loss of contracts or failure to acquire new contracts; failure to successfully implement newly developed product lines including projected increases in revenues or earnings; the termination of previously announced acquisitions; delays or the inability to obtain regulatory approvals for previously announced acquisitions; the inability to initiate or complete any contemplated restructuring, offering, acquisition, disposition or other transaction; adverse financial performance by Equitex or any of its subsidiaries; failure to obtain or maintain regulatory approval for products and services offered by Equitex or its subsidiaries; the inability to collect amounts due to Equitex from the FDIC or Net First National Bank; adverse equity market conditions and declines in the value of Equitex common stock; and the unavailability of financing to complete management's plans and objectives. The forward-looking statements contained in this press release speak only as of the date hereof and Equitex disclaims any intent or obligation to update these forward-looking statements.

CONTACT: Equitex, Inc.
Thomas B. Olson, 303-796-8940

URL: http://www.businesswire.com

**LOAD-DATE:** January 9, 2004