## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2005, I electronically filed "iGames Entertainment, Inc.'s Reply Brief In Further Support Of Its Motion To Preclude, In Part, The Testimony Of Defendants' Proposed Expert, Thomas John Shopa" with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

James W. Semple, Esquire
James E. Drnec, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
Attorneys for Defendants,
Chex Services, Inc. and
Equitex, Inc.

/s/ Matt Neiderman (I.D. No. 4018)

WLM\207147.1