THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| iGames Entertainment, Inc., | ) |
| Plaintiff, | ) |
| vs. | ) C.A. No. 04-180-KAJ |
| Chex Services, Inc. and Equitex, Inc. | ) |
| Defendants. | ) |

AFFIDAVIT OF JAMES E. DRNEC, ESQUIRE
IN SUPPORT OF CHEX SERVICES, INC.'S
MOTION FOR SUMMARY JUDGMENT

STATE OF DELAWARE    )
                     ) ss.
COUNTY OF New Castle )

James E. Drnec, Esq. being first duly sworn upon oath, hereby states and alleges as follows:

1. I am an attorney with Morris James, Hitchens & Williams LLP, and am one of the attorneys representing Chex Services, Inc. and Equitex, Inc. in this matter.

2. Attached as Exhibit 1 is a true and correct copy of a Letter from Lawrence Rovin to Henry Fong and James Welbourn dated March 12, 2004.

1247710-1

3. Attached as Exhibit 2 is a true and correct copy of the decision *Erickson v. Horing*, No. 00364, 2002 WL 31163611 (Minn. Ct. App. Oct. 1, 2002).

FURTHER YOUR AFFIANT SAYETH NOT.

_____
James E. Drnec, Esq.

Subscribed and sworn to before me
this 5th day of April, 2005.

_____
Notary Public

## CERTIFICATE OF SERVICE

I, JAMES E. DRNEC, hereby certify that on April 5, 2005 I electronically filed:

AFFIDAVIT OF JAMES E. DRNEC, ESQUIRE IN SUPPORT OF CHEX SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT, with the Clerk using CM/ECF which will send notification of such filing(s) to the following:

    Thomas P. McGonigle, Esquire
    Matt Neiderman, Esquire
    Duane Morris, LLP
    1100 North Market Street
    12th Floor
    Wilmington, Delaware 19801

    James E. Drnec (#3789)
    Morris, James, Hitchens & Williams LLP
    222 Delaware Avenue
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6950
    Email: *jdrnec@morrisjames.com*