## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2005, I electronically filed "iGames Entertainment, Inc.'s Reply Brief In Further Support Of Its Motion for Summary Judgment" with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

James W. Semple, Esquire
James E. Drnec, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
Attorneys for Defendants,
Chex Services, Inc. and
Equitex, Inc.

/s/ Matt Neiderman (I.D. No. 4018)