# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 DELAWARE AVENUE
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750
www.morrisjames.com

JAMES W. SEMPLE
DIRECT DIAL
(302) 888-6870
E-MAIL
jsemple@morrisjames.com

WILMINGTON (Bancroft Pkwy)
(302) 655-2599
NEWARK
(302) 368-4200
DOVER
(302) 678-8815

April 6, 2005

The Honorable Kent A. Jordan
U.S. District Curt
844 King Street
Wilmington, DE 19801

    Re: *iGames Entertainment, Inc. vs. Chex Services, Inc. and Equitex Inc.*
         C.A. No. 04-180-KAJ

Dear Judge Jordan:

Defendants Chex Services, Inc., and Equitex, Inc., hereby request oral argument on the following pending and fully briefed motions:

1. Chex Services, Inc.'s Motion for Summary Judgment on its Breach of Contract Claim Against iGames Entertainment, Inc

2. Equitex, Inc. and Chex Services, Inc. Motion for Summary Judgment on all Claims Asserted by iGames Entertainment, Inc.

3. Chex Services, Inc. and Equitex Inc.'s Motion to Exclude Expert Testimony

4. Plaintiff iGames Entertainment, Inc.'s Motion to Preclude in Part the Testimony of Defendants' Proposed Expert, Thomas John Shopa

5. Plaintiff iGames Entertainment, Inc.'s Motion for Summary Judgment Against Chex Services, Inc. and Equitex, Inc.

Very truly yours,

*[signature]*

James M. Semple (#0396)
jsemple@morrisjames.com

JWS/mmt
cc: Thomas P. McGonigle, Esquire
    Matt Neiderman, Esquire
    Matthew A. Taylor, Esquire
    James L. Beausoleil, Jr., Esquire
    Tracy L. Schwab, Esquire
    Clerk, U.S. District Court