IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| iGAMES ENTERTAINMENT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-180-KAJ |
| | ) |
| CHEX SERVICES, INC., and EQUITEX, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Oral argument on all pending motions in the above-captioned action will be heard on **April 21, 2005** beginning at 9:30 a.m. and concluding at 10:30 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

Dated:   April 12, 2005
Wilmington, Delaware