IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| iGAMES ENTERTAINMENT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-180-KAJ |
| ) | (Consolidated) |
| CHEX SERVICES, INC., and EQUITEX, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated by the court during the oral argument in this matter today,

IT IS HEREBY ORDERED that:

1. Chex Services, Inc.'s motion for summary judgment on its breach of contract claim (D.I. 84) is DENIED.

2. Chex Services, Inc.'s and Equitex, Inc.'s motion for summary judgment on all claims asserted by plaintiff (D.I. 86) is DENIED.

3. iGames Entertainment, Inc.'s motion for summary denial of defendants' motions for summary judgment (D.I. 93) is DENIED AS MOOT.

4. iGames Entertainment, Inc.'s motion for summary judgment (D.I. 97) is DENIED.

     5. Chex Services, Inc.'s and Equitex, Inc.'s motion to exclude expert testimony (D.I. 102) is DENIED AS MOOT.

                                                                _____
                                                                 UNITED STATES DISTRICT JUDGE

Dated: April 21, 2005
Wilmington, Delaware