THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| iGames Entertainment, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Chex Services, Inc. and Equitex, Inc. <br><br> Defendants. | C.A. No. 04-180-KAJ |

## STIPULATION AND ORDER FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that pursuant to the parties' Settlement Agreement and Mutual Release, the above-entitled action may be, and the same hereby is, dismissed with prejudice and without further cost to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED** that the Court shall retain jurisdiction over any disputes arising out of this Settlement Agreement and Mutual Release.

Dated: July 21, 2005

DUANE MORRIS, LLP

/s/ Matt Neiderman
Matt Neiderman (#4018)
1100 North Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 657-4900
Attorneys for iGames Entertainment, Inc.

and
DUANE MORRIS, LLP
Matthew A. Taylor, Esq.
James L. Beausoleil, Jr., Esq.
James W. Hess, Esq.
One Liberty Place
Philadelphia, Pennsylvania 19103-7396
(215) 979-1000
Attorneys for iGames Entertainment, Inc.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Dated: 7/21/05, 2005

_____
Edward M. McNally (#614)
James E. Drnec (#3789)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
Attorneys for Chex Services, Inc. and Equitex, Inc.

and
RIDER BENNETT, LLP
Daniel Q. Poretti (MN #185152)
Douglas J. Frederick (MN #320699)
33 South Sixth Street, Suite 4900
Minneapolis, MN 55402
(612) 340-8900
Attorneys for Chex Services, Inc. and Equitex, Inc.

1260147/1