# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

James E. Drnec
(302) 888-6950
jdrnec@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

July 21, 2005

**BY E-FILE and HAND DELIVERY**
The Honorable Kent A. Jordan
U.S. District Curt
844 King Street
Wilmington, DE 19801

    Re:    *iGames Entertainment, Inc. vs. Chex Services, Inc. and Equitex Inc.*
              C.A. No. 04-180-KAJ

Dear Judge Jordan:

    I represent the defendants in the above-referenced matter. Included with this letter is a courtesy copy of the Stipulation of Dismissal filed today.

    If any matter addressed herein raises any question or concern, I remain, as always, available at the call of the Court.

Respectfully submitted,

James E. Drnec

JED/dap
Enclosure
cc:    Daniel Q. Poretti, Esq. (By Facsimile)
       James L. Beausoleil, Jr., Esq. (By Facsimile)