CLOSED, LEAD

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:04-cv-00180-KAJ
# Internal Use Only

| | |
|---|---|
| iGames Entertainment v. Chex Services, Inc., et al | Date Filed: 03/24/2004 |
| Assigned to: Honorable Kent A. Jordan | Jury Demand: Both |
| Demand: $75,000 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Breach of Contract | Jurisdiction: Diversity |

**Plaintiff**

**iGames Entertainment, Inc.**     represented by    **Thomas P. McGonigle**
Wolf, Block, Schorr & Solis-Cohen
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-6374
Fax: (302) 778-7834
Email: tmcgonigle@wolfblock.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matt Neiderman**
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
(302) 657-4900
Email: mneiderman@duanemorris.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Chex Services, Inc.**     represented by    **James W. Semple**
Morris, James, Hitchens & Williams
222 Delaware Ave.
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
Email: jsemple@morrisjames.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Drnec**
Bifferato Gentilotti Biden & Balick

        1308 Delaware Avenue  
        P.O. Box 2165  
        Wilmington, DE 19899  
        (302) 429-1900  
        Fax: (302) 429-8600  
        Email: jdrnec@bgbblaw.com  
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Equitex, Inc.**      represented by  **James W. Semple**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

        **James Edward Drnec**  
        (See above for address)  
        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Chex Services, Inc.**      represented by  **James W. Semple**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Equitex, Inc.**      represented by  **James W. Semple**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**iGames Entertainment, Inc.**      represented by  **Thomas P. McGonigle**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

        **Matt Neiderman**  
        (See above for address)  
        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Chex Services, Inc.**      represented by  **James W. Semple**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Equitex, Inc.** represented by **James W. Semple**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**iGames Entertainment, Inc.** represented by **Thomas P. McGonigle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matt Neiderman**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 135913 (bkb) (Entered: 03/24/2004) |
| 03/24/2004 |  | SUMMONS(ES) issued for Chex Services, Inc.; No summons issued for Equitex, Inc. (bkb) Modified on 03/24/2004 (Entered: 03/24/2004) |
| 03/25/2004 | 2 | RETURN OF SERVICE executed as to Equitex, Inc. 3/24/04 Answer due on 4/13/04 for Equitex, Inc. (dab) (Entered: 03/26/2004) |
| 03/29/2004 | 3 | RETURN OF SERVICE executed as to Chex Services, Inc. 3/25/04 Answer due on 4/14/04 for Chex Services, Inc. (dab) (Entered: 03/30/2004) |
| 03/31/2004 | 4 | CASE assigned to Judge Kent A. Jordan . Notice to all parties. (rjb) (Entered: 03/31/2004) |
| 04/13/2004 | 5 | ANSWER to complaint and COUNTERCLAIM by Chex Services, Inc., Equitex, Inc., against iGames Entertainment; (Attorney James W. Semple added). (rwc) (Entered: 04/14/2004) |
| 04/15/2004 | 6 | Letter dated 4/15/04 by Judge Jordan to parties enclosing a scheduling order form and requesting the parties contact the Court w/in 10-days to schedule a teleconference. (rwc) (Entered: 04/15/2004) |
| 04/21/2004 | 7 | ANSWER AND AFFIRMATIVE DEFENSES filed by iGames Entertainment to [5-2] Counterclaim (rwc) (Entered: 04/21/2004) |
| 04/21/2004 | 8 | MOTION by iGames Entertainment with Proposed Order for Matthew A. Taylor to Appear Pro Hac Vice re: [8-1] motion (rwc) (Entered: 04/21/2004) |
| 04/21/2004 | 9 | MOTION by iGames Entertainment with Proposed Order for James W. Hess to Appear Pro Hac Vice re: [9-1] motion (rwc) (Entered: |

| | | |
|---|---|---|
| | | to all parties. (rwc) (Entered: 12/14/2004) |
| 12/16/2004 | 75 | Letter dated 12/16/04 to Judge Jordan by James M. Semple, Esq., Re: Supplement to Status Report. Two additional issues regarding possible discovery dispute. (rwc) (Entered: 12/16/2004) |
| 12/16/2004 | 76 | Notice of Deficiency from the court to James M. Semple, Esq., Re: L.R. 5.2(b) - copy of DI#75 not provided to Clerk. (rwc) (Entered: 12/16/2004) |
| 12/16/2004 | | Status teleconference held before Judge Jordan. (Ct Rptr B. Gaffigan.) (rwc) (Entered: 12/17/2004) |
| 12/17/2004 | 77 | Steno Notes for 12/16/04 filed by Ct Rptr B. Gaffigan. (rwc) (Entered: 12/17/2004) |
| 12/17/2004 | 78 | NOTICE by iGames Entertainment to take deposition of Henry Fong on 12/23/04 at 10:00 (rwc) (Entered: 12/20/2004) |
| 12/17/2004 | 79 | NOTICE by iGames Entertainment to take deposition of Ijaz Anwar on 12/15/04 at 10:00 (rwc) (Entered: 12/20/2004) |
| 12/17/2004 | 80 | NOTICE by iGames Entertainment to take deposition of Deanna Moose on 12/28/04 at 9:00 (rwc) (Entered: 12/20/2004) |
| 12/17/2004 | 81 | NOTICE by iGames Entertainment to take deposition of George Connors on 12/29/04 at 9:00 (rwc) (Entered: 12/20/2004) |
| 12/17/2004 | 82 | NOTICE by iGames Entertainment to take deposition of Arnold Keuning on 12/28/04 at 10:30 (rwc) (Entered: 12/20/2004) |
| 12/28/2004 | 83 | STIPULATION with proposed order extending discovery deadlines: Expert disclosures to 1/26/05; Rebuttal disclosures to 2/11/05; Expert Depositions conpleted by 3/1/05. (rwc) (Entered: 12/28/2004) |
| 01/04/2005 | | So Ordered granting [83-1] stipulation ( signed by Judge Kent A. Jordan ) Notice to all parties. (rwc) (Entered: 01/04/2005) |
| 02/02/2005 | 84 | MOTION by Chex Services, Inc. with Proposed Order for Summary Judgment on its Breach of Contract Claim Against iGames Entertainment, Inc. Answer Brief due 2/16/05 re: [84-1] Motion - (SEALED) (rwc) Modified on 02/03/2005 (Entered: 02/03/2005) |
| 02/02/2005 | 85 | Opening Brief Filed by Chex Services, Inc., in support of [84-1] motion for Summary Judgment on its Breach of Contract Claim Against iGames Entertainment, Inc. - Answer Brief due 2/16/05 - (SEALED) (rwc) (Entered: 02/03/2005) |
| 02/02/2005 | 86 | MOTION by Chex Services, Inc., Equitex, Inc. with Proposed Order for Summary Judgment on all Claims Asserted by iGames Entertainment, Inc. Answer Brief due 2/16/05 re: [86-1] motion - (SEALED) (rwc) (Entered: 02/03/2005) |
| 02/02/2005 | 87 | Opening Brief Filed by Chex Services, Inc., Equitex, Inc., in support of [86-1] motion for Summary Judgment on all Claims Asserted by iGames |

| | | |
|---|---|---|
| | | Entertainment, Inc. - Answer Brief due 2/16/05 - (SEALED) (rwc) (Entered: 02/03/2005) |
| 02/02/2005 | 88 | AFFIDAVIT of Patrick D. Robben (Volume 1) filed by Chex Services, Inc., Equitex, Inc., in support of [86-1] motion for Summary Judgment on all Claims Asserted by iGames Entertainment, Inc. - (SEALED) (rwc) (Entered: 02/03/2005) |
| 02/02/2005 | 89 | AFFIDAVIT of Patrick D. Robben (Volume 2) filed by Chex Services, Inc., Equitex, Inc., in support of [86-1] motion for Summary Judgment on all Claims Asserted by iGames Entertainment, Inc. - (SEALED) (rwc) (Entered: 02/03/2005) |
| 02/09/2005 | 90 | CERTIFICATE OF SERVICE by iGames Entertainment re notice of deposition of James Welbourn. (ntl) (Entered: 02/09/2005) |
| 02/09/2005 | 91 | CERTIFICATE OF SERVICE by iGames Entertainment re notice of deposition of Henry Fong. (ntl) (Entered: 02/09/2005) |
| 02/09/2005 | 92 | CERTIFICATE OF SERVICE by iGames Entertainment re notice of deposition of Ijaz Anwar. (ntl) (Entered: 02/09/2005) |
| 02/10/2005 | 93 | MOTION by iGames Entertainment for summary denial of dfts' motions for summary judgment or alternatively for an order scheduling briefing on dfts' motions in accordance with existing deadlines Answer Brief due 2/24/05 re: [93-1] motion (ntl) (Entered: 02/11/2005) |
| 02/14/2005 | 94 | Letter to Judge Jordan from Thomas McGonigle, Esq. regarding discovery dispute. (ntl, ) (Entered: 02/15/2005) |
| 02/14/2005 | 95 | Letter to Judge Jordan from James Semple, Esq. regarding discovery dispute. (ntl, ) (Entered: 02/15/2005) |
| 02/15/2005 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Telephone Conference held on 2/15/2005. (Court Reporter Gaffigan.) (ntl, ) (Entered: 02/15/2005) |
| 02/18/2005 | 96 | STENO NOTES of teleconference held on 2/15/05 before Judge Jordan. Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 02/22/2005) |
| 03/15/2005 | 97 | MOTION for Summary Judgment - filed by iGames Entertainment, Inc., iGames Entertainment, Inc., iGames Entertainment, Inc.. (Attachments: # 1 Certificate of Service)(Neiderman, Matt) (Entered: 03/15/2005) |
| 03/15/2005 | 98 | OPENING BRIEF in Support re 97 MOTION for Summary Judgment filed by iGames Entertainment, Inc., iGames Entertainment, Inc., iGames Entertainment, Inc..Answering Brief/Response due date per Local Rules is 3/29/2005. (Attachments: # 1 Certificate of Service)(Neiderman, Matt) (Entered: 03/15/2005) |
| 03/15/2005 | 99 | MOTION in Limine *To Preclude, IN Part, The Testimony of John Thomas Shopa* - filed by iGames Entertainment, Inc., iGames Entertainment, Inc., iGames Entertainment, Inc.. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Certificate of Service)(Neiderman, Matt) (Entered: 03/15/2005) |
| 03/15/2005 | 100 | OPENING BRIEF in Support re 99 MOTION in Limine *To Preclude, IN Part, The Testimony of John Thomas Shopa* filed by iGames Entertainment, Inc., iGames Entertainment, Inc., iGames Entertainment, Inc..Answering Brief/Response due date per Local Rules is 3/29/2005. (Attachments: # 1 Exhibit A through D# 2 Certificate of Service) (Neiderman, Matt) (Entered: 03/15/2005) |
| 03/15/2005 | 101 | SEALED APPENDIX re 98 Opening Brief in Support, by iGames Entertainment, Inc., iGames Entertainment, Inc., iGames Entertainment, Inc.(Neiderman, Matt) (Entered: 03/15/2005) |
| 03/16/2005 | 102 | MOTION Exclude expert testimony - filed by Chex Services, Inc., Equitex, Inc.. (Drnec, James) (Entered: 03/16/2005) |
| 03/16/2005 | 103 | OPENING BRIEF in Support re 102 MOTION Exclude expert testimony filed by Chex Services, Inc., Equitex, Inc..Answering Brief/Response due date per Local Rules is 3/30/2005. (Drnec, James) (Entered: 03/16/2005) |
| 03/16/2005 | 104 | SEALED AFFIDAVIT of James Drnec re 103 Opening Brief in Support, 102 MOTION Exclude expert testimony filed by Chex Services, Inc., Equitex, Inc.. (Drnec, James) (Entered: 03/16/2005) |
| 03/16/2005 | | CORRECTING ENTRY: D.I. 101 marked as SEALED DOCUMENT, all attachments removed from the docket (cas, ) (Entered: 03/16/2005) |
| 03/17/2005 | 105 | NOTICE of Service by Chex Services, Inc., Equitex, Inc. (Drnec, James) (Entered: 03/17/2005) |
| 03/21/2005 | 106 | REDACTED AFFIDAVIT of James E. Drnec, re 103 Opening Brief in Support, {redacting 104 Affidavit}, 102 MOTION Exclude expert testimony filed by Chex Services, Inc., Equitex, Inc. (Drnec, James) Modified on 3/21/2005 (rwc, ). (Entered: 03/21/2005) |
| 03/21/2005 | | CORRECTING ENTRY: added text "REDACTED" to [DI# 106] public version of Affidavit [DI#104]. (rwc, ) (Entered: 03/21/2005) |
| 03/22/2005 | 107 | REDACTED VERSION of 101 Appendix by iGames Entertainment, Inc., iGames Entertainment, Inc., iGames Entertainment, Inc.. (Attachments: # 1 Exhibit A (Part I)# 2 Exhibit A (Part II)# 3 Exhibit B Through E# 4 Exhibit F Through G (Redacted)# 5 Exhibit H Through L# 6 Exhibit M Through O# 7 Exhibit P Through CC (Redacted)# 8 Certificate of Service)(Neiderman, Matt) (Entered: 03/22/2005) |
| 03/28/2005 | 108 | MEMORANDUM in Opposition re 99 MOTION in Limine *To Preclude, IN Part, The Testimony of John Thomas Shopa*, 100 Opening Brief in Support, filed by Chex Services, Inc., Equitex, Inc..Reply Brief due date per Local Rules is 4/4/2005. (Drnec, James) (Entered: 03/28/2005) |
| 03/29/2005 | 109 | ANSWERING BRIEF in Opposition re 97 MOTION for Summary Judgment *by IGAMES ENTERTAINMENT, INC.,* filed by Chex Services, Inc., Equitex, Inc..Reply Brief due date per Local Rules is 4/5/2005. (Drnec, James) (Entered: 03/29/2005) |

| | | |
|---|---|---|
| 03/29/2005 | 110 | SEALED AFFIDAVIT of Patrick D. Robben re 103 Opening Brief in Support, 104 Affidavit, 109 Answering Brief in Opposition *to the Motion for Summary Judgment by IGAMES ENTERTAINMENT, INC.,* filed by Chex Services, Inc., Equitex, Inc.. (Drnec, James) (Entered: 03/29/2005) |
| 03/29/2005 | 111 | ANSWERING BRIEF in Opposition re [84] Motion for Summary Judgment filed by iGames Entertainment, Inc., iGames Entertainment, Inc., iGames Entertainment, Inc..Reply Brief due date per Local Rules is 4/5/2005. (Attachments: # 1 Certificate of Service)(Neiderman, Matt) (Entered: 03/29/2005) |
| 03/29/2005 | 112 | SEALED APPENDIX re 111 Answering Brief in Opposition, by iGames Entertainment, Inc., iGames Entertainment, Inc., iGames Entertainment, Inc.. (Neiderman, Matt) (Entered: 03/29/2005) |
| 03/29/2005 | 113 | ANSWERING BRIEF in Opposition re [86] Motion for Summary Judgment filed by iGames Entertainment, Inc., iGames Entertainment, Inc., iGames Entertainment, Inc..Reply Brief due date per Local Rules is 4/5/2005. (Attachments: # 1 Certificate of Service)(Neiderman, Matt) (Entered: 03/29/2005) |
| 03/29/2005 | 114 | SEALED APPENDIX re 113 Answering Brief in Opposition, by iGames Entertainment, Inc., iGames Entertainment, Inc., iGames Entertainment, Inc.. (Neiderman, Matt) (Entered: 03/29/2005) |
| 03/29/2005 | 115 | ANSWERING BRIEF in Opposition re 102 MOTION Exclude expert testimony filed by iGames Entertainment, Inc., iGames Entertainment, Inc., iGames Entertainment, Inc..Reply Brief due date per Local Rules is 4/5/2005. (Attachments: # 1 Exhibit A# 2 Certificate of Service)(Neiderman, Matt) (Entered: 03/29/2005) |
| 04/04/2005 | 116 | Second AFFIDAVIT of Patrick D. Robben re 110 Affidavit, *Redacted Public Version* filed by Chex Services, Inc., Equitex, Inc.. (Drnec, James) (Entered: 04/04/2005) |
| 04/04/2005 | 117 | REDACTED VERSION of 111 Answering Brief in Opposition,, 112 Appendix by iGames Entertainment, Inc., iGames Entertainment, Inc., iGames Entertainment, Inc.. (Attachments: # 1 Exhibit A (Part I)# 2 Exhibit A (Part II)# 3 Exhibit B# 4 Exhibit C Through F# 5 Errata G Through L# 6 Exhibit M Through O# 7 Exhibit P Through W# 8 Certificate of Service)(Neiderman, Matt) (Entered: 04/04/2005) |
| 04/04/2005 | 118 | REDACTED VERSION of 114 Appendix, 113 Answering Brief in Opposition, by iGames Entertainment, Inc., iGames Entertainment, Inc., iGames Entertainment, Inc.. (Attachments: # 1 Exhibit A (Part I)# 2 Exhibit A (Part II)# 3 Exhibit B# 4 Exhibit C Through E# 5 Exhibit F Through G# 6 Exhibit H Through M# 7 Exhibit N Through T# 8 Errata U Through V# 9 Exhibit W Through AA# 10 Exhibit BB (Part I)# 11 Exhibit BB (Part II)# 12 Exhibit CC)(Neiderman, Matt) (Entered: 04/04/2005) |
| 04/04/2005 | 119 | REPLY BRIEF re 99 MOTION in Limine *To Preclude, IN Part, The Testimony of John Thomas Shopa* filed by iGames Entertainment, Inc., |