OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 4, 2008

**Matt Neiderman, Esq.**
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
(302) 657-4900
Email: mneiderman@duanemorris.com

Dear Counsel:      RE: **CA 04-180 KAJ - iGames Entertainment v. Chex Services et.al.**

Pursuant to the Order entered on 8/11/2006, the following documents are herewith returned to you:

**ITEMS # 101, 103, 104, 110, 112, and 114**

A copy of the signed acknowledgment will be entered on the Court's docket.

Sincerely,

Peter T. Dalleo, Clerk

BY: _____
Ronald B. Eberhard, Deputy Clerk

TO: Clerk, U.S. District Court

I hereby acknowledge receipt of the above noted document(s), on: __2/4/08__.

_____
Signature of Attorney or their representative