OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 4, 2008

**James W. Semple**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Email: jsemple@morrisjames.com

Dear Counsel:     RE: **CA 04-180 KAJ - iGames Entertainment v. Chex Services et.al.**

Pursuant to the Order entered on 8/11/2006, the following documents are herewith returned to you:

**ITEMS # 84, 85, 86, 87, 88, and 89**

A copy of the signed acknowledgment will be entered on the Court's docket.

Sincerely,

Peter T. Dalleo, Clerk

BY: _____
Ronald B. Eberhard, Deputy Clerk

TO: Clerk, U.S. District Court

I hereby acknowledge receipt of the above noted document(s), on: __2/4/08__

_____
Signature of Attorney or their representative